# EXHIBIT E

to the Complaint in

**COMMONWEALTH OF MASSACHUSETTS,
by its Executive Office of Human Services**

v.

**MICHAEL O. LEAVITT, in his official capacity
as Secretary of Health and Human Services, et al.**



**CENTERS for MEDICARE & MEDICAID SERVICES**

Medicare
Part A Intermediary
Maine & Massachusetts
Regional Home Health

October 14, 2003

Tricia Spellman
Chief Financial Officer
Executive Office of Health and Human Services
Division of Medical Assistance
600 Washington Street
Boston, Massachusetts 02111

RE: Request for establishment of EOHHS as a Qualified billing Entity

Dear Ms. Spellman:

This is response to your letter of September 15, 2003 in which you have requested that Associated Hospital Service (the Medicare Intermediary) establish the Executive Office of Health and Human services as a qualified billing entity for the purpose of submitting claims for dual eligible individuals (Medicare and MassHealth).

Our interpretation of the regulations prohibits Medicare Intermediaries from paying benefits due to a provider to other than the provider of services. We are not authorized to pay the provider's benefits to any other person or organization under an assignment or reassignment, power of attorney or under any other arrangement in which the other person or organization receives the payment directly.

Section 3488 of the Medicare Intermediary Manual and 42 CFR - Public Health Part 424 -- CONDITIONS FOR MEDICARE PAYMENT address the prohibition of assignment of claims by providers. In addition, the regulations also addresses an exception to the regulation concerning governmental agencies but as indicated, is *not* an exception that the Centers for Medicare and Medicaid Services (formerly known as HCFA) has adopted or authorized:

*1. Payment to Governmental Agency.* --*The law does not preclude the Medicare program from paying benefits due a provider to a governmental agency or entity. For payment to be made, the reassignment must satisfy the requirements of the Assignment of Claims Act (31 U.S.C. 3727). HCFA has determined that it is impracticable to satisfy those requirements. Therefore, unless HCFA waives those requirements, Medicare payment for the services of a provider is not made to a governmental agency or entity. HCFA has not waived (and does not plan to waive) the requirements of the Assignment of Claims Act except when payment to the governmental agency or entity is permissible under the other listed reassignment exceptions, e.g., where the agency is the employer of the physician.*

*AHS*

2 Gannett Drive
So. Portland, ME 04106-6911
1-877-498-4358
Fax: 207-822-7926

1522 Hancock Street
Quincy, MA 02169-5086
1-877-567-9250
Fax: 617-689-2040

50 Salem Street
Lynnfield, MA 01940-2604
1-877-567-9250
Fax: 617-689-2850

A CMS Contracted Intermediary

Payment is made to providers on behalf of Medicare beneficiaries who have a signed a request for authorized Medicare benefits. In absence of a signed request, Medicare payment may not be made. The beneficiary's request for payment also includes language permitting the release of medical documentation when necessary to render a coverage determination.

In order to make an initial payment determination, a claim for Medicare benefits must be filed by the provider of services, in a timely manner, in the prescribed formats as well as in compliance with the Medicare billing and coding procedures. Providers are held accountable for the information provided on the claim form under many regulations, including the False Claims Act.

Aside from the restrictions of the regulations, from a practical matter, it would be a complex and costly process to design and implement the necessary system changes to accommodate this request. The Medicare provider-specific data factors into the Medicare reimbursement calculations. The complexity of the rules for accurate claim submission would make it highly unlikely that a claim would meet the requirements for payment if submitted by your agency instead of the provider of services. The time involved in redesigning the current Part A Fiscal Intermediary Standard System in order to make payment to other than the provider of services would be prohibitive and costly.

We regret that our response could not be more favorable. At this time, as a fiscal intermediary, we have no authority to grant your request.

If you have any questions or wish to discuss the matter further, please do not hesitate to contact me at 617-689-2610.

Sincerely,


Barbara Veno
Director
Medicare Operations
Associated Hospital Service
1515 Hancock Street
Quincy, Massachusetts 02169

CC:   James Bryant, CMS Regional Office, Region I
      Christopher Kerr, CMS Regional Office, Region I